UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
05-10265-WGY

* * * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA *
*
v. * **CHANGE OF PLEA**
*
CHARLOTINE PIERRE DUVERGE *
a/k/a SHEILA PIERRE DUVERGE, *
DOTTY PIERRE, and *
PROVILON DUVERGE *
* * * * * * * * * * * * * * * * *

BEFORE: The Honorable William G. Young, District Judge

APPEARANCES:

SETH P. BERMAN, Assistant United States Attorney, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, on behalf of the Government

PAUL A. FARINA, ESQ., 23 Main Street, Andover, Massachusetts 01800, on behalf of Charlotine Pierre Duverge

LAW OFFICE OF JOHN D. HIMMELSTEIN (By John D. Himmelstein, Esq.), 929 Massachusetts Avenue, Cambridge, Massachusetts 02139, on behalf of Dotty Pierre

LAW OFFICE OF RUSSELL C. SOBELMAN (By Alan D. Chipman, Esq.), 152 The Lynnway, Lynn, Massachusetts 01902, on behalf of Provilon Duverge

JEAN ROBERT OBAS, Court Interpreter

1 Courthouse Way
Boston, Massachusetts

September 8, 2006