# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 05-10265-01 |
| | ) | |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| CHARLOTINE PIERRE DUVERGE | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Attorney Paul A. Farina the Attorney of record and respectfully request that he be allowed to withdraw as counsel of record. The lines of communication have broken down and I have been unable to contact my client for several weeks. My client has refused to call or get in contact with me. I can not continue to represent someone who refuses to communicate with me.

Defendant by her Attorney

Paul A. Farina, Esq.
23 Main Street
Andover, MA 01810
(978)749-8808
BBO#631406