UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

UNITED STATES of AMERICA,

                                                Case No. 1:05-cr-10265-1 WGY

v.

CHARLOTINE DUVERGE,
           Defendant.

MOTION CONCERNING MEDICAL CARE

Now comes, defendant, CHARLOTINE DUVERGE, by her counsel, Kevin Barron, and moves, respectfully, for an order recommending that the United States Marshals Service assure the provision of certain medical care. Ms. Duverge represents that she is diabetic (Type II), asthmatic and suffers from sleep apnea. Ms. Duverge requires "Glucophage" diabetes tablets, her Albuterol inhaler and her sleep apnea monitor. The USMS shall direct its contract holding facility to review these medical needs and provide the same forthwith. Counsel and AUSA Bookbinder have conferred he government does oppose this motion. Dated this 8th day of May, 2007 at Boston, Massachusetts.

                                      Respectfully submitted,
                                      Charlotine Duverge, Defendant
                                      By her Attorney
                                      /s./     Kevin L. Barron
                                      KEVIN L BARRON 550712
                                      25 CHANEL CNTR ST 408
                                      BOSTON MA 02210-3416
                                      Tel. No. 617-737-1555
                                      Mobile 617-407-6837

CERTIFICATE OF SERVICE

Counsel certifies he has caused AUSA Adam Bookbinder to be served on this day with a true copy of this motion by the CM/ECF of this District and that no party requires service by other means.

                                      /s./     Kevin L. Barron
                                      KEVIN L BARRON 550712