CASE # 05-10265 WGY        9-30-09

To Whom it may Concern, I Charlotine Duverge I would like to request a Copies of my medical Records & Letter from my doctor that I Provided to AUSA Seth Berman on January, 2007. If for Some Reason you cannot Send them to me Could you please Send them to my attorney offices.

Attorney Brett Dignam
The Jerome N. Frank Legal Services
P.O Box 209090
New Haven, CT 06520

CHARLOTINE DUVERGE
Reg # 25787-038
FEDERAL CORRECTIONAL INSTITUTION
33½ PEMBROKE Rd
DANBURY, CT 06811

Respectfully Submitted,